1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSS PEARSON
   ALEXIS NELSEN
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6   Attorneys for Plaintiff
    United States of America

**FILED**

Dec 01, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Tracking of THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A GREEN 1997 TOYOTA 4RUNNER WITH LICENSE PLATE 3TQN533, VIN: JT3GM84R0V0009853 AND A DARK-COLORED 2013 CHEVROLET TRAVERSE, WITH LICENSE PLATE 8VLP704, VIN: 1GNKRGKD1DJ215210 | CASE NO.  2:21-sw-0886 DB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: December 1, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE