1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   JUSTIN L. LEE
3  ALEXIS KLEIN
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

**FILED**

Jul 25, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 IN THE MATTER OF THE APPLICATION          CASE NO: 2:21-SW-0886 DB
   OF THE UNITED STATES OF AMERICA
13 FOR SEARCH WARRANTS CONCERNING:           ORDER TO UNSEAL SEARCH
                                             WARRANTS AND SEARCH WARRANT
14 INFORMATION ASSOCIATED WITH               AFFIDAVITS
   GOOGLE VOICE TELEPHONE NUMBER:
15 404-981-2821, WHICH IS ASSOCIATED
   WITH GOOGLE ACCOUNT ID:
16 425688866268 AND JTHRUJ@GMAIL.COM
   THAT IS STORE AT PREMISES
17 CONTROLLED BY GOOGLE VOICE

18
       Upon application of the United States of America and good cause having been shown,
19
       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.
20

21  Dated:   07/25/2022                      _____
                                             The Honorable Kendall J. Newman
22                                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS